Paul R. Conaghan, Plaintiff-Appellee, v. James R. Estes, Defendant-Appellant.

Gen. No. 10,137. 

Third District.
February 21, 1958.
Released for publication March 10, 1958.

Robert C. Summers, for defendant-appellant, James R. Estes; Barth, Phillips, Phebus and Tummelson, for plaintiff-appellee, Paul R. Conaghan. Opinion by JUDGE ROETH. Not to be published in full.